| 1. Person Reporting (last name, first, middle initial)<br><br>Collins, Audrey B | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>6/24/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>Edward Roybal Federal Building<br>255 E. Temple St., Ste. 670<br>Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1994-2007 | Los Angeles County Retirement Association (No Control) |
| 2. | |
| 3. | |

RECEIVED 2008 JUL -3 A 10: 56 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Audrey B | 6/24/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | Los Angeles County Retirement Association | $ 34,067.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Los Angeles County Department of Public Health, now a separate department. Formerly part of the Los Angeles County Department of Health Services |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Citibank | Equity Line on rental property in Los Angeles County, California (Part VII, Line 54) See Part VIII | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Audrey B | 6/24/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Washington Mutual | B | Interest | L | T | | | | | |
| 2. Charles Schwab Brokerage | | | | | | | | | |
| 3. -- Roche Holding Company | A | Dividend | K | T | | | | | |
| 4. -- Givaudan (split from Roche) | A | Dividend | J | T | | | | | |
| 5. -- Schwab Money Market Fund | A | Dividend | J | T | | | | | |
| 6. Dodge & Cox Balanced Fund | A | Dividend | K | T | | | | | |
| 7. American Century Ginnie Mae | A | Dividend | J | T | | | | | |
| 8. IRA #1 - Charles Schwab | C | Dividend | N | T | | | | | |
| 9. -- MRK | | | | | | | | | |
| 10. -- MHS | | | | | | | | | |
| 11. -- PHSY (Now PHS) | | | | | | | | | |
| 12. -- Gilead | | | | | | | | | |
| 13. -- VTSMX | | | | | | | | | |
| 14. -- Roche Holding | | | | | | | | | |
| 15. -- JAWWX | | | | | | | | | |
| 16. -- FCVSX | | | | | | | | | |
| 17. -- TWIEX | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Audrey B | 6/24/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- TBGVX | | | | | | | | | |
| 19. -- VFIIX | | | | | | | | | |
| 20. -- FTCHX | | | | | | | | | |
| 21. -- GABGX | | | | | | | | | |
| 22. -- JAMRX | | | | | | | | | |
| 23. -- VTSMX | | | | | | | | | |
| 24. -- VIVAX | | | | | | | | | |
| 25. -- NAESX | | | | | | | | | |
| 26. IRA #2 - Charles Schwab , See Section VIII | B | Dividend | L | T | | | | | |
| 27. -- MRK | | | | | | | | | |
| 28. -- MHS | | | | | | | | | |
| 29. -- PHS | | | | | | | | | |
| 30. -- Gilead | | | | | | | | | |
| 31. -- Integrated Devices Tech. | | | | | | | | | |
| 32. -- Cypress Semi-Conductor | | | | | | | | | |
| 33. -- Roche Holding | | | | | | | | | |
| 34. -- BGNMX | | | | | Partial Sale | 11/29 | J | | See Section VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Audrey B | 6/24/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Citibank | A | Interest | J | T | | | | | |
| 36. Mutual Beacon | A | Dividend | K | T | | | | | |
| 37. County of L.A. Savings Plan | D | Interest | M | T | | | | | |
| 38. -- Dodge & Cox Balanced Fund | | | | | | | | | |
| 39. -- UAM ICM (small co. fund) | | | | | | | | | |
| 40. -- Stable Value Fund | | | | | | | | | |
| 41. -- Blackrock Core Bond Portfolio | | | | | | | | | |
| 42. -- MSIF Trust Value: INST | | | | | | | | | |
| 43. T. Rowe Price Equity Income | A | Dividend | J | T | | | | | |
| 44. Janus Worldwide Fund | A | Dividend | J | T | | | | | |
| 45. Victory Investment Grade Convertible | A | Dividend | J | T | | | | | |
| 46. Torray Fund | A | Dividend | K | T | | | | | |
| 47. GAMCO Westwood Equity Fund | A | Dividend | K | T | | | | | |
| 48. Mairs & Power Growth Fund | A | Dividend | K | T | | | | | |
| 49. The Royce Fund | A | Dividend | K | T | | | | | |
| 50. Greenspring Fund, Inc. | A | Dividend | J | T | | | | | |
| 51. County of Los Angeles Deferred Comp & Thrift Plan - Horizons | D | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Audrey B | 6/24/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Royalty Interest, Los Angeles County, California | A | Royalty | J | T | | | | | |
| 53. Royalty Interest, Los Angeles County, California | A | Royalty | J | T | | | | | |
| 54. Rental Property, L.A. Co., CA (See Pt.VIII) 6/7/04 Appraisal | B | Rent | N | Q | | | | | |
| 55. Rental Property, L.A. Co., CA (X) (See Part VIII) | D | Rent | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VI.  LIABILITIES

████████████████████████████████████████████████████████████████████, the
████████████████████████████████ This entry represents ███████ one-fourth of the liability on the
home equity line of credit.

VII.  INVESTMENTS AND TRUSTS

Line 26, 34: In November, 2007,█████████transferred (rolled-over) some funds from his IRA to the Los Angeles County Empolyees Retirement Association
(LACERA), another qualified distribution plan.  To accomplish the transfer, he sold part of his American Century  Ginnie Mae stock (BGNMX) and moved money
from his Schwab Money Market Fund.  This roll-over is solely for purposes of buying additional years of County service for retirement.  With this roll-over, my
███████o longer has custody or control over these funds, so LACERA is not seperately listed.

Line 54:  Rental Property -█████████████████████████████████████████████████████
████████████████████████████████████████████████████y.  I derive no
benefit from this property, which is held by ███████████████████s there has been a loss every tax year since its rental in 2001.

Line 55:  Rental Property - This residence was first rented during 2006.  There were no transactions (i.e., it was not bought or otherwise first acquired in 2006 or
2007).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Collins, Audrey B | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>4/30/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>Edward Roybal Federal Building<br>255 E. Temple St., Ste. 670<br>Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1994-2007 | Los Angeles County Retirement Association (No Control) |
| 2. | |
| 3. | |

RECEIVED

2008 MAY -9 A 10: 34

FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Audrey B | 4/30/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | Los Angeles County Retirement Association | $ 34,067.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Los Angeles County Department of Public Health, now a separate department. Formerly part of the Los Angeles County Department of Health Services |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Audrey B | 4/30/2008 |

5.

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Citibank | Equity Line on rental property in Los Angeles County, California (Part VII, Line 54) See Part VIII | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Audrey B | 4/30/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Washington Mutual | B | Interest | L | T | | | | | |
| 2. Charles Schwab Brokerage | | | | | | | | | |
| 3. -- Roche Holding Company | A | Dividend | K | T | | | | | |
| 4. -- Givaudan (split from Roche) | A | Dividend | J | T | | | | | |
| 5. -- Schwab Money Market Fund | A | Dividend | J | T | | | | | |
| 6. Dodge & Cox Fund | A | Dividend | K | T | | | | | |
| 7. American Century | A | Dividend | J | T | | | | | |
| 8. IRA #1 - Charles Schwab | C | Dividend | N | T | | | | | |
| 9. -- MRK | | | | | | | | | |
| 10. -- MHS | | | | | | | | | |
| 11. -- PHSY (Now PHS) | | | | | | | | | |
| 12. -- Gilead | | | | | | | | | |
| 13. -- VTSMX | | | | | | | | | |
| 14. -- Roche Holding | | | | | | | | | |
| 15. -- JAWWX | | | | | | | | | |
| 16. -- FCVSX | | | | | | | | | |
| 17. -- TWIEX | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Audrey B | 4/30/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -- TBGVX | | | | | | | | | |
| 19.   -- VFIIX | | | | | | | | | |
| 20.   -- FTCHX | | | | | | | | | |
| 21.   -- GABGX | | | | | | | | | |
| 22.   -- JAMRX | | | | | | | | | |
| 23.   -- VTSMX | | | | | | | | | |
| 24.   -- VIVAX | | | | | | | | | |
| 25.   -- NAESX | | | | | | | | | |
| 26.   IRA #2 - Charles Schwab , See Section VIII | B | Dividend | L | T | | | | | |
| 27.   -- MRK | | | | | | | | | |
| 28.   -- MHS | | | | | | | | | |
| 29.   -- PHS | | | | | | | | | |
| 30.   -- Gilead | | | | | | | | | |
| 31.   -- Integrated Devices Tech. | | | | | | | | | |
| 32.   -- Cypress Semi-Conductor | | | | | | | | | |
| 33.   -- Roche Holding | | | | | | | | | |
| 34.   -- BGNMX | | | | | Partial Sale | 11/29 | J | | See Section VIII |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Audrey B | 4/30/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Citibank | A | Interest | J | T | | | | | |
| 36. Mutual Beacon | A | Dividend | K | T | | | | | |
| 37. County of L.A. Savings Plan | D | Interest | M | T | | | | | |
| 38. -- Dodge & Cox Balanced Fund | | | | | | | | | |
| 39. -- UAM ICM (small co. fund) | | | | | | | | | |
| 40. -- Stable Value Fund | | | | | | | | | |
| 41. -- Blackrock Core Bond Portfolio | | | | | | | | | |
| 42. -- MSIF Trust Value: INST | | | | | | | | | |
| 43. T. Rowe Price Equity Income | A | Dividend | J | T | | | | | |
| 44. Janus Worldwide Fund | A | Dividend | J | T | | | | | |
| 45. Victory Investment Grade Convertible *formerly Victory Convertible Securities* | A | Dividend | J | T | | | | | |
| 46. Torray Fund | A | Dividend | K | T | | | | | |
| 47. GAMCO Westwood Equity Fund *formerly Gabelli Westwood Eq. Fund* | A | Dividend | K | T | | | | | |
| 48. Mairs & Power Growth Fund | A | Dividend | K | T | | | | | |
| 49. The Royce Fund | A | Dividend | K | T | | | | | |
| 50. Greenspring Fund, Inc. | A | Dividend | J | T | | | | | |
| 51. County of Los Angeles Deferred Comp & Thrift Plan - Horizons | D | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Audrey B | 4/30/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Royalty Interest, Los Angeles County, California | A | Royalty | J | T | | | | | |
| 53. Royalty Interest, Los Angeles County, California | A | Royalty | J | T | | | | | |
| 54. Rental Property, L.A. Co., CA (See Pt.VIII) 6/7/04 Appraisal | B | Rent | N | Q | | | | | |
| 55. Rental Property, L.A. Co., CA (X) (See Part VIII) | D | Rent | O | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

### VI. LIABILITIES

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ are tenants-in-common on a residence which was formerly ▇▇▇▇▇▇ home. Sometime after his death, ▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ out a home equity line on the residence in November 1999. This entry represents ▇▇▇▇ one-fourth of the liability on the home equity line of credit.

### VII. INVESTMENTS AND TRUSTS

Line 26, 34: In November, 2007, ▇▇▇▇▇▇ transferred (rolled-over) some funds from his IRA to the Los Angeles County Empolyees Retirement Association (LACERA), another qualified distribution plan. To accomplish the transfer, he sold part of his American Century Ginnie Mae stock (BGNMX) and moved money from his Schwab Money Market Fund. This roll-over is solely for purposes of buying additional years of County service for retirement. With this roll-over, ▇▇ ▇▇▇▇ no longer has custody or control over these funds, so LACERA is not seperately listed.

Line 54: Rental Property - ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ are ▇▇ tenants with right of survivorship (not tenants in common) on a residence which was formerly ▇▇▇▇▇▇ home. In October 2001, some years after ▇▇▇▇ death, ▇▇▇▇▇▇▇▇▇ rented the property. I derive no benefit from this property, which is held by ▇▇▇▇▇▇▇▇▇▇▇▇, as there has been a loss every tax year since its rental in 2001.

Line 55: Rental Property - This residence was first rented during 2006. There were no transactions (i.e., it was not bought or otherwise first acquired in 2006 or 2007).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544